UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD J. ROBERTS,

    Plaintiff,

                                      Case No. 07-11936

                                        DISTRICT JUDGE MARIANNE O. BATTANI
v.                                    MAGISTRATE JUDGE STEVEN D. PEPE

PRINCIPAL LIFE INSURANCE COMPANY,

    Defendant.
_____/

**STIPULATED ORDER COMPELLING PRODUCTION OF DOCUMENTS (DKT. #95)
AND
ORDER AMENDING DEADLINE FOR PRODUCTION OF
DEFENDANT'S ACCOUNTANT'S EXPERT REPORT**

       The parties have agreed and the Court has found that:

1.       On August 12, 2008, Defendant filed a Motion to Compel Discovery (Dkt. #95) seeking production of accounting records, including general ledger entries, for Plaintiff's businesses for the years 1999 through 2001, and any and all drafts of the expert report prepared by Plaintiff's experts Dennis Petri and Thomas Frazee;

2.       On August 21, 2008, the Parties conferred on the issues in Defendant's Motion to Compel and Plaintiff agreed to produce all accounting records, including general ledger entries, for Colonial Mold and Colonial Plastics for the years 1999 through 2001, and agreed to produce any and all drafts of the expert report prepared by Plaintiff's experts, Dennis Petri and Thomas Frazee.

       It is therefore agreed that:

1.      Plaintiff will produce hard copies of all accounting records, including general ledger entries, for Colonial Mold and Colonial Plastics for the years 1999 through 2001 no later than August 28, 2008;

2.      Plaintiff will produce any and all drafts of the expert report prepared by Plaintiff's experts, Dennis Petri and Thomas Frazee, no later than August 28, 2008;

3.      The deadline for submission of Defendant's accountant's expert report is extended to three weeks from the date on which Defendant receives all documents required under this Order.

**SO ORDERED.**

Dated: August 22, 2008                              s/Steven D. Pepe
Ann Arbor, MI                                       United States Magistrate Judge



/s/ Stanley A. Prokop                               /s/ Rebecca D'Arcy O'Reilly
Stanley A. Prokop  (P19114)                         Rebecca D'Arcy O'Reilly  (P70645)
Plunkett & Cooney P.C.                              BODMAN LLP
535 Griswold, Suite 2400                            6th Floor at Ford Field
Detroit, MI 48226                                   1901 St. Antoine St.
(313) 983-4816                                      Detroit, MI 48226
sprokop@plunkettcooney.com                          (313) 259-7777
                                                    roreilly@bodmanllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Order* was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 22, 2008.

                                    s/ Alissa Greer
                                    Case Manager to Magistrate
                                    Judge Steven D. Pepe
                                    (734) 741-2298